UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

CARLINE M. CURRY,                 )    CASE NO. 1:09 CV 287
                                  )
          Plaintiff,              )    JUDGE DONALD C. NUGENT
                                  )
     v.                           )
                                  )    ORDER
CITY OF MANSFIELD,                )
                                  )
          Defendant.              )

This action was dismissed on April 15, 2009. On April 28, 2009, plaintiff filed a Motion for Reinstatement. The Motion is without merit and is hereby denied. The court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this order could not be taken in good faith.

IT IS SO ORDERED.

Donald C. Nugent  7/2/09

DOANLD C. NUGENT
UNITED STATES DISTRICT JUDGE